```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7           IN THE UNITED STATES DISTRICT COURT FOR THE
8                  EASTERN DISTRICT OF CALIFORNIA
9  UNITED STATES OF AMERICA,    ) CR-F-13-00145 AWI
                                )
10                              ) STIPULATION TO MODIFY DEFENDANT'S
            Plaintiff,          ) CONDITIONS OF PRETRIAL RELEASE
11                              )
                                ) Date:   July 16, 2013
12      v.                      ) Time:   2:30 p.m.
                                ) Hon:    Jennifer L. Thurston
13                              )
   RONALD TOWNSEND,             )
14                              )
                                )
15          Defendant.          )
                                )
16
```

The parties agree that the defendant's conditions of pretrial release should be modified to remove the defendant from (passive) GPS monitoring to home detention.  The specific changes are contained in the attached proposed order which the parties request that the court enter.

DATED: July 16, 2013                Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney


                                    /s/ Russell Babcock
                                    RUSSELL BABCOCK
                                    Attorney for Ronald Townsend

1

```
 1
 2
 3
 4
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      ) CR-F-13-00145 AWI
                                   )
12            Plaintiff,           ) ORDER ON STIPULATION TO MODIFY
                                   ) DEFENDANT'S CONDITIONS OF PRETRIAL
13        v.                       ) RELEASE
                                   )
14  RONALD TOWNSEND,               )
                                   )
15                                 )
              Defendant.           )
16  _____    )
17
```

**ORDER**

It is ordered that the defendant's conditions of pretrial release be modified as follows:

The condition that the defendant participate in the **Curfew** component of the Location Monitoring program that includes the passive GPS tracking system shall be removed and replaced with the following location monitoring condition:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of any devices given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.

**HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

All other conditions of release are to remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 16, 2013**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE